# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY G. THORN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants ) | Civil Action No. 04-1185 (RJL) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for an extension of time [Dkt. #43] is GRANTED *nunc pro tunc*, and it is further

ORDERED that defendants' motion to dismiss [Dkt. #44] is DENIED, and the motion for summary judgment [Dkt. #44] is GRANTED, and it is further

ORDERED that JUDGMENT shall be entered for defendants. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE:

